UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:21-cv-06096-RGK-SK | Date | December 14, 2021 |
|---|---|---|---|
| Title | *CRYSTAL REDICK, et al v. PP RETAIL USA, LLC et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order re Motion for Default Judgment (DE 15)

The Complaint filed in this action asserts class action claims for injunctive relief arising out of an alleged violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12010-12213, and damages pursuant to California's Unruh Civil Rights Act ("Unruh Act"), Cal. Civ. Code §§ 51-53.

On September 22, 2021, the Court entered default as to Defendant. On October 25, 2021, Plaintiffs filed the current Motion for Default Judgment.

Upon review and consideration, the Court hereby finds the following:

(1) Plaintiffs fail to show that the *Eitel* factors have been satisfied, specifically with respect to Plaintiffs' substantive claims and sufficiency of the complaint;

(2) Plaintiffs fail to clearly state the amount in damages they seek, or to prove up such damages[1];

(3) Plaintiffs fails to support the amount requested in attorneys' fees with facts showing reasonableness; and

(4) Plaintiffs' Proposed Order is deficient in so far as it fails to include an adequate statement of proposed findings and the proposed relief.

---

[1] The Court also notes that to the extent Plaintiffs seek class damages, this action has not been certified as a class action, and such request would be improper.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:21-cv-06096-RGK-SK | Date | December 14, 2021 |
|---|---|---|---|
| Title | *CRYSTAL REDICK, et al v. PP RETAIL USA, LLC et al* | | |

Given the numerous and glaring deficiencies of this motion, the Court hereby **denies without prejudice** Plaintiffs' motion. Additionally, the Court admonishes Plaintiffs' counsel to carefully review applicable law to avoid submission of such deficient requests that needlessly utilize court resources.

**IT IS SO ORDERED.**

                                                                              : 

Initials of Preparer