JS6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL REDICK, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>PP RETAIL USA, LLC d/b/a PHILIPP PLEIN, a New York limited liability company; and DOES 1 to 10, inclusive,<br><br>        Defendants. | CASE NO.: 2:21-cv-06096-RGK-SK<br><br>*Honorable Judge R. Gary Klausner*<br><br>**ORDER AND JUDGMENT** ~~[PROPOSED] ORDER~~ **FOR PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT PP RETAIL USA, LLC. [21]**<br><br>Date: June 6, 2022<br>Time: 9:00 a.m.<br>Courtroom: 850, 8th Floor |

Upon review of the Court files, the motion for default judgment, the declaration submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff Crystal Redick shall have JUDGMENT, against Defendant PP Retail USA, LLC, in her favor in the amount of:

1. $4,000.00 in statutory damages; and
2. $9,785.00 as costs-and-fees-award.

Additionally, Defendant PP Retail USA, LLC. is ordered to:

1. Modify its website to achieve substantial conformance with Web Content Accessibility Guidelines ("WCAG") 2.1 Level AA within twenty-four (24) months of the Court entering this Order; and
2. Adopt and implement a policy, within 180 (180) days of the Court entering this Order, whereby any changes or additions to Defendant's website will substantially conform to WCAG 2.1 Level AA guidelines.

IT IS SO ORDERED this __10TH__ day of __June_____, 2022.

_____
Hon. R. Gary Klausner

---

1

[PROPOSED] ORDER FOR PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AS TO DEFENDANT PP RETAIL USA, LLC.